IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH HALL and ANN HALL;                                                                PLAINTIFFS
JOE CAPLE and SANDRA CAPLE;
JOHN MORGAN and MESHA MORGAN;
JOHN KETTLES and SHERRIE KETTLES;
CHARLES TABER and REBECCA TABER;
ANDREW CALHOUN and SHANNON
CALHOUN; DANA BYRD; And
LINDA ZEHNER

V.                                          NO. 4:08CV00278 BSM

UNITED STATES ARMY CORPS OF
ENGINEERS, COLONEL MICHAEL C.
WEHR, DISTRICT ENGINEER, Vicksburg
District, U.S. Army Corps of Engineers;
THE FEDERAL EMERGENCY
MANAGEMENT AGENCY, A Division
of The U.S. Department of Homeland
Security; THE CITY OF BRYANT,
ARKANSAS; LARRY MITCHELL,
Mayor for the City of Bryant; and
RICHARD PENN, as Flood plain
Administrator for the City of Bryant,
Arkansas                                                                                              DEFENDANTS

## **ORDER**

Pending before the court are plaintiffs' Motion for Preliminary Injunction and Motion for Permanent Injunction and Motion to Expedite Hearing [Doc. # 9]. The parties are hereby on notice that, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the hearing on the motion for preliminary injunction will be consolidated with the trial on merits scheduled for December 1, 2008.

IT IS SO ORDERED this 5th day of November, 2008.

                                                     UNITED STATES DISTRICT JUDGE