IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH HALL and ANN HALL;
JOE CAPLE and SANDRA CAPLE;
JOHN MORGAN and MESHA MORGAN;
JOHN KETTLES and SHERRIE KETTLES;
CHARLES TABER and REBECCA TABER;
ANDREW CALHOUN and SHANNON
CALHOUN; DANA BYRD; And
LINDA ZEHNER                                                                                  PLAINTIFFS

V.                                     NO. 4:08CV00278 BSM

UNITED STATES ARMY CORPS OF
ENGINEERS, COLONEL MICHAEL C.
WEHR, DISTRICT ENGINEER, Vicksburg
District, U.S. Army Corps of Engineers;
THE FEDERAL EMERGENCY
MANAGEMENT AGENCY, A Division
of The U.S. Department of Homeland
Security; THE CITY OF BRYANT,
ARKANSAS; LARRY MITCHELL,
Mayor for the City of Bryant; and
RICHARD PENN, as Floodplain
Administrator for the City of Bryant,
Arkansas                                                                                      DEFENDANTS

## **JUDGMENT**

In accordance with the order entered today, defendants' motion for summary judgment is granted. The case is hereby dismissed with prejudice and the parties are to bear their own costs.

IT IS SO ORDERED this 24th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE