IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RALPH HALL and ANN HALL;
JOE CAPLE and SANDRA CAPLE;
JOHN MORGAN and MESHA MORGAN;
JOHN KETTLES and SHERRIE KETTLES;
CHARLES TABER and REBECCA TABER;
ANDREW CALHOUN and SHANNON
CALHOUN; DANA BYRD; And
LINDA ZEHNER                                                                PLAINTIFFS


V.                                          NO. 4:08CV00278 BSM


UNITED STATES ARMY CORPS OF
ENGINEERS, COLONEL MICHAEL C.
WEHR, DISTRICT ENGINEER, Vicksburg
District, U.S. Army Corps of Engineers;
THE FEDERAL EMERGENCY
MANAGEMENT AGENCY, A Division
of The U.S. Department of Homeland
Security; THE CITY OF BRYANT,
ARKANSAS; LARRY MITCHELL,
Mayor for the City of Bryant; and
RICHARD PENN, as Floodplain
Administrator for the City of Bryant,
Arkansas                                                                      DEFENDANTS


**AMENDED JUDGMENT**

Plaintiff's motion to alter or amend the judgement [Doc. # 81] is granted.

Accordingly the court's November 24, 2008 order is amended to provide that the federal

defendants' motion for summary judgment is granted and the plaintiffs' claims against the

federal defendants are dismissed with prejudice.  The plaintiffs' claims against the separate

defendants are dismissed without prejudice, with the parties to bear their own costs.

IT IS SO ORDERED this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE